```
                           United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                      Case No. 13-02218-RNO
Thomas I. Smith, Jr.                                        Chapter 13
Beverly A. Smith
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: REshelman        Page 1 of 1         Date Rcvd: Jul 19, 2017
                              Form ID: trc           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 4322120        E-mail/Text: ally@ebn.phinsolutions.com Jul 19 2017 18:52:37     Ally Financial,
                 PO Box 130424,    Roseville, MN 55113-0004
                                                                                                TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2017 at the address(es) listed below:
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    Maverick Funding Corp bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    Maverick Funding, et al bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Paul Donald Murphy-Ahles    on behalf of Debtor Thomas I. Smith, Jr. pmurphy@dplglaw.com,
               kgreene@dplglaw.com;r49534@notify.bestcase.com
              Paul Donald Murphy-Ahles    on behalf of Joint Debtor Beverly A. Smith pmurphy@dplglaw.com,
               kgreene@dplglaw.com;r49534@notify.bestcase.com
              Regina Cohen    on behalf of Creditor    Ally Financial rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                TOTAL: 7

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:13-bk-02218-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Thomas I. Smith, Jr.
42 S. Charles Street
New Freedom PA 17349

Beverly A. Smith
42 S. Charles Street
New Freedom PA 17349

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/18/2017.

Name and Address of Alleged Transferor(s):

Claim No. 6: Ally Financial, PO Box 130424, Roseville, MN 55113-0004

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541
Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 07/21/17

Terrence S. Miller
**CLERK OF THE COURT**