**UNITED STATES BANKRUPTCY COURT**
MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Thomas I. Smith, Jr.                          **Chapter** 13
Beverly A. Smith
    **Debtor(s)**                        **Case No.** 1:13-BK-02218-RNO

**NOTICE OF CHANGE OF ADDRESS**

The Debtor(s) in the above-referenced matter request a change of mailing address for Debtor(s):

| **FROM** | **TO** |
|---|---|
| Thomas I. Smith, Jr.<br>Beverly A. Smith<br>42 South Charles Street<br>New Freedom, PA 17349 | Thomas I. Smith, Jr.<br>Beverly A. Smith<br>37 Ady Road<br>Street, MD 21154 |

| Date: May 9, 2018 | Movant's Name, Address, Phone Number:<br>Paul D. Murphy-Ahles, Esquire<br>DETHLEFS PYKOSH & MURPHY<br>2132 Market Street<br>Camp Hill, PA 17011<br>(717) 975-9446<br>pmurphy@dplglaw.com |
|---|---|